ACCEPTED
05-15-00501-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/18/2015 3:30:35 PM
LISA MATZ
CLERK

No.  05-15-00501-CV

# In the Court of Appeals
# for the Fifth Judicial District
# Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/18/2015 3:30:35 PM
LISA MATZ
Clerk

## IN THE INTEREST OF A.H.J., A.H. AND A.H., CHILDREN

On Appeal from Cause No. 87976CC in the
County Court at Law No. 1 of Kaufman County, Texas

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL

To the Honorable Fifth Court of Appeals:

In accordance with TEX. R. APP. P. 6.1(c), Appellee, Texas Department of Family and Protective Services, gives notice that Mark T. Zuniga, Appellate Attorney for the Department, will now serve as lead counsel in the above-styled matter.  Please include the undersigned in all communications relating to this appeal by sending those communications to Mark T. Zuniga, Appellate Attorney, Office of General Counsel, Texas Department of Family and Protective Services, MC:  Y-956, 2401 Ridgepoint Drive, Bldg. H-2, Austin TX

- 1 -

78754, Telephone (512) 929-6617, Facsimile (512) 339-5876.

Respectfully submitted,

/s/ Mark T. Zuniga
Mark T. Zuniga, Appellate Attorney
Office of General Counsel
Texas Department of Family and
Protective Services
2401 Ridgepoint Drive, Bldg. H-2
MC:  Y-956
Austin TX  78754
Tel.:  (512) 929-6617
Fax:  (512) 339-5876
Mark.Zuniga@dfps.state.tx.us
State Bar No. 24013804
Attorney for Appellee

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the NOTICE OF SUBSTITUTION OF LEAD COUNSEL was served on each individual *via* e-mail on June 18, 2015.

Brandi Hunt Fernandez
Attorney for Appellant Alexandra
Cheney, Fernandez & Associates, P.C.
1101 E. U.S. Highway 175 Suite 200
Crandall, TX 75114
brandi@cheneylegal.com

Jenny Parks
Attorney *Ad Litem* for A.H.J., A.H., & A.H.
1101 E. U.S. Hwy. 175, Suite 100
Crandall, TX. 75114
lasthonestlawyer@aol.com

/s/ Mark T. Zuniga
Mark T. Zuniga, Appellate Attorney


xc:  Leslie Odom, Kaufman County Dist. Atty. Office
100 W. Mulberry
Kaufman, Texas 75142
leslieodom@kaufmancounty.net